JUNE 15, 1999

No. 98–9805 (A–1061). IN RE KILGORE. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS,

and by him referred to the Court, denied. Petition for writ of habeas corpus denied.